UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

United States of America                                                                                      PLAINTIFF

versus                                                                                          CIVIL ACTION 3:22-cv-238-SA-RP

Keys Enterprise, LLC, et al                                                                              DEFENDANT

## DEFAULT JUDGMENT

The defendant, Keys Enterprise, LLC, having failed to appear, plead or otherwise defend in this action, and default having been entered on January 31, 2023, and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff United States of America and against defendant Keys Enterprise, LLC, in the amount of $637,911.00, plus interest on the judgment at the legal rate until the judgment is satisfied.

This the 8th day of February, 2023.

s/ David Crews
Clerk of Court – by JLA