**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO. 3:22-cv-238-SA-RP**

**KEYS ENTERPRISE, LLC; LEWIS KEYS,**
**INDIVIDUALLY; and TINA KEYS,**
**INDIVIDUALLY**                                               **DEFENDANTS**

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, United States of

America, and its counsel hereby give notice that the above-styled action is voluntarily

dismissed without prejudice against the Defendant, Tina Keys, Individually.

Date: February 10, 2023

Clay Joyner
United States Attorney

By:   /s/ Stuart S. Davis
Stuart S. Davis, MSB #103224
Assistant United States Attorney
900 Jefferson Avenue
Oxford, MS 38655-3608
662/234-3351
Attorney for United States
stuart.davis@usdoj.gov

<u>**Certificate of Service**</u>

I certify that this notice has been served by United States Mail on:

Tina Keys
1011 County Road 92
New Albany, MS 38652

<u>/s/ Stuart S. Davis</u>
Assistant United States Attorney
