**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 3:22-cv-238-SA-RP**

**KEYS ENTERPRISE, LLC; LEWIS KEYS,
INDIVIDUALLY; and TINA KEYS,
INDIVIDUALLY**                                                      **DEFENDANTS**

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, United States of

America, and its counsel hereby give notice that the above-styled action is voluntarily

dismissed without prejudice against the Defendant, Lewis Keys, Individually.

Date: February 10, 2023

                                        Clay Joyner
                                        United States Attorney

                        By:        /s/ Stuart S. Davis
                                        Stuart S. Davis, MSB #103224
                                        Assistant United States Attorney
                                        900 Jefferson Avenue
                                        Oxford, MS 38655-3608
                                        662/234-3351
                                        Attorney for United States
                                        stuart.davis@usdoj.gov

**<u>Certificate of Service</u>**

I certify that this notice has been served by United States Mail on:

Lewis Keys
1011 County Road 92
New Albany, MS 38652

<u>/s/ Stuart S. Davis</u>
Assistant United States Attorney
